# EXHIBIT B

# US 7,177,838 Claim Chart
# vs
# AMC

# U.S. Patent No. 7,177,838



**US7177838B1**

United States

Download PDF   Find Prior Art   Similar

**Inventor:** Marvin T Ling

**Current Assignee:** Aml Ip LLC

**Filing or 371 (c) date**
04/21/2000

**Total Patent Term Extension (days)**
0

# Related Products

- Wayback machine shows that AMC web site was advertising their electronic rewards in Feb 2020.



http://web.archive.org/web/20190515000000*/https://www.amctheatres.com/amcstubs

3

# US 7,177,838 Claims 1

CLAIMS:

1. A method of conducting electronic commerce over the Internet using micropayments, the method comprising:

opening a user account with a vendor for a user;

issuing one or more electronic tokens from the vendor to the user account, wherein no physical manifestation, other than a database entry, of the user account occurs, each electronic token having a value of at least a fraction of a dollar;

providing products and services that may be purchased from the vendor at micropayment levels, wherein prices for the products and services are listed in units of electronic tokens;

permitting the user to select, at any participating vendor web site, a subset of the products and services for purchase from the vendor;

computing at the participating vendor web site a total price for the selected subset of the products and services in units of electronic tokens;

authorizing a purchase transaction at the participating vendor web site without requiring any third party authentication and a physical manifestation of the user account; and

if the user account contends electronic tokens having a value equal to or greater than the total price, permitting the user to purchase the selected subset of the products and services without requiring the user to disclose personal information to the vendor, and subtracting the total price from the user account, wherein the purchase transaction is not subject to a minimum processing fee.

# US 7,177,838 : Claim 1

| | |
|---|---|
| 1. **A method of conducting electronic commerce over the Internet** using micropayments, the method comprising: | AMC provides a web site, "**https://www.amctheatres.com/amcstubs**" for conducting electronic commerce, for example to purchase, **"free large popcorn refill, free size upgrades on popcorn and fountain drinks", for points.** As can be seen on AMC's website. |

## Compare all Tiers of AMC Stubs

| AMC STUBS BENEFITS | INSIDER | PREMIERE GO! | PREMIERE | A-LIST |
|---|---|---|---|---|
| Points Per $1 Spent (Earn a $5 Reward for Every 5,000 points) | 20 POINTS | 40 POINTS | 100 POINTS | 100 POINTS |
| Rewards Can Be Redeemed For: (5,000 Points = $5 Reward) | CONCESSIONS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS |
| Waived Online Ticketing Fees (At AMCTheatres.com and on Our App) | | 4+ TICKETS | EVERY TIME | EVERY TIME |
| Waived Concession Service Fees | | | • | • |
| Birthday Gift | LARGE POPCORN | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK |
| Discount Tuesdays (Weekly Ticket Savings) | • | • | • | • |
| FREE Large Popcorn Refill | • | • | • | • |
| Exclusive Offers & Screenings | • | • | • | • |
| Point Earning Bonuses | • | • | • | • |
| No Expiration on AMC Stubs Points* | | • | • | • |
| FREE Size Upgrades On Popcorn & Fountain Drinks | | • | • | • |
| Priority Lanes | | • | • | • |
| Up to 3 Movies Every Week Included | | | | • |
| Watch Movies in any Format with No Added Fees (Dolby Cinema at AMC, IMAX®, RealD® 3D & More) | | | | • |
| Access to A-List Entourage | | | | • |
| GET STARTED TODAY | SIGN UP FOR FREE — Join Now | EARN YOUR WAY TO PREMIUM PERKS — Get Tickets | JOIN FOR $17.99 +TAX/YEAR — Join Now | SUBSCRIBE FOR A LOW MONTHLY FEE — Join Now |

https://www.amctheatres.com/amcstubs

5

# US 7,177,838 :  Claim 1

| | |
|---|---|
| **using micropayments, the method comprising:** | AMC uses micropayments, for example, AMC says on their website, "**earn 20 points per $1 spent**". Members must spend $5.00 to collect 100 points that lets them buy a "**popcorn**" that is advertised on AMC website for "**100 points**". This means the popcorn can be purchased using micropayment levels.  Each point represents a fraction of a dollar. |

**Compare all Tiers of AMC Stubs**

| AMC STUBS BENEFITS | INSIDER | PREMIERE GO! | PREMIERE | A-LIST |
|---|---|---|---|---|
| **Points Per $1 Spent** (Earn a $5 Reward for Every 5,000 points) | 20 POINTS | 40 POINTS | 100 POINTS | 100 POINTS |
| **Rewards Can Be Redeemed For:** (5,000 Points = $5 Reward) | CONCESSIONS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS |
| **Waived Online Ticketing Fees** At AMCTheatres.com and on Our App | | 4+ TICKETS | EVERY TIME | EVERY TIME |
| **Waived Concession Service Fees** | | | • | • |
| **Birthday Gift** | LARGE POPCORN | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK |
| **Discount Tuesdays** Weekly Ticket Savings | • | • | • | • |
| **FREE Large Popcorn Refill** | • | • | • | • |

## $5 Reward For Every 5,000 Points

Earn 20 points per $1 spent on AMC Theatres purchases and use your rewards on movie snacks. Upgrade to Premiere or A-List to earn 5X faster.

https://www.amctheatres.com/amcstubs

6

# US 7,177,838 : Claim 1

| | |
|---|---|
| **opening a user account with a vendor for a user;** | A user account, for example, "**Create an Account**" for the AMC rewards, can be opened with a Vendor, for example, "AMC" for a user, for example the customer. |



https://www.amctheatres.com/amcstubs

7

# US 7,177,838 : Claim 1

| | |
|---|---|
| **issuing one or more electronic tokens from the vendor to the user account,** wherein no physical manifestation, other than a database entry, of the user account occurs, each electronic token having a value of at least a fraction of a dollar; | AMC uses micropayments, for example, AMC says on their website, **"Earn 20 points per $1 spent on AMC Theatres purchases and use your rewards on movie snacks."** this means that AMC issues electronic tokens (points) electronically to the user's account.<br><br>**$5 Reward For Every 5,000 Points**<br>Earn 20 points per $1 spent on AMC Theatres purchases and use your rewards on movie snacks. Upgrade to Premiere or A-List to earn 5X faster.<br><br>https://www.amctheatres.com/amcstubs |

8

| | |
|---|---|
| issuing one or more electronic tokens from the vendor to the user account, **wherein no physical manifestation, other than a database entry, of the user account occurs**, each electronic token having a value of at least a fraction of a dollar; | AMC is a Vendor and AMC says on their website "**Tickets may be obtained at the AMC theatre box office, theatre point of sale kiosk, or via the AMC website or mobile app**" this means that AMC issues electronic tokens (points) electronically to the user's account without a physical manifestation. |

**Tickets may be obtained at the AMC theatre box office, theatre point of sale kiosk, or via the AMC website or mobile app, using your Membership name and account number.**

https://www.amctheatres.com/amcstubs

9

# US 7,177,838 :  Claim 1

| | |
|---|---|
| issuing one or more electronic tokens from the vendor to the user account, wherein no physical manifestation, other than a database entry, of the user account occurs, **each electronic token having a value of at least a fraction of a dollar;** | AMC uses micropayments, for example, AMC says on their website, "**earn 20 points per $1 spent**".   Members must spend $5.00 to collect 100 points that lets them buy a "**popcorn**" that is advertised on AMC website for "**100 points**". This means the popcorn can be purchased using micropayment levels.  Each point represents a fraction of a dollar. |

**Compare all Tiers of AMC Stubs**

| AMC STUBS BENEFITS | INSIDER | PREMIERE GO! | PREMIERE | A-LIST |
|---|---|---|---|---|
| Points Per $1 Spent — Earn a $5 Reward for Every 5,000 points | 20 POINTS | 40 POINTS | 100 POINTS | 100 POINTS |
| Rewards Can Be Redeemed For: (5,000 Points = $5 Reward) | CONCESSIONS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS |
| Waived Online Ticketing Fees At AMCTheatres.com and on Our App | | 4+ TICKETS | EVERY TIME | EVERY TIME |
| Waived Concession Service Fees | | | • | • |
| Birthday Gift | LARGE POPCORN | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK |
| Discount Tuesdays Weekly Ticket Savings | • | • | • | • |
| **FREE Large Popcorn Refill** | **•** | **•** | **•** | **•** |

**$5 Reward For Every 5,000 Points**

Earn 20 points per $1 spent on AMC Theatres purchases and use your rewards on movie snacks. Upgrade to Premiere or A-List to earn 5X faster.

https://www.amctheatres.com/amcstubs

10

# US 7,177,838 :  Claim 1

| | |
|---|---|
| providing products and services that may be purchased from the vendor at micropayment levels, wherein prices for the products and services are listed in units of electronic tokens; | AMC provides a web site,  "**https://www.amctheatres.com/amcstubs**"  for conducting electronic commerce, for example to purchase, **"free large popcorn refill, free size upgrades on popcorn and fountain drinks", for points.** As can be seen on AMC's website. |
| | **Compare all Tiers of AMC Stubs** |
| | **https://www.amctheatres.com/amcstubs** |

11

## US 7,177,838 : Claim 1

| | |
|---|---|
| **permitting the user to select, at any participating vendor web site, a subset of the products and services for purchase from the vendor;** | A customer using AMC App can make a purchase from a subset of products. AMC lists on their website, **"Popcorn"** a user can select and uses **"100 points."** to purchase the item. |

### Compare all Tiers of AMC Stubs

| AMC STUBS BENEFITS | INSIDER | PREMIERE GO! | PREMIERE | A-LIST |
|---|---|---|---|---|
| **Points Per $1 Spent** (Earn a $5 Reward for Every 5,000 points) | 20 POINTS | 40 POINTS | 100 POINTS | 100 POINTS |
| **Rewards Can Be Redeemed For:** (5,000 Points = $5 Reward) | CONCESSIONS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS |
| **Waived Online Ticketing Fees** At AMCTheatres.com and on Our App | | 4+ TICKETS | EVERY TIME | EVERY TIME |
| **Waived Concession Service Fees** | | | • | • |
| **Birthday Gift** | LARGE POPCORN | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK |
| **Discount Tuesdays** Weekly Ticket Savings | • | • | • | • |
| **FREE Large Popcorn Refill** | • | • | • | • |

https://www.amctheatres.com/amcstubs

12

# US 7,177,838 :  Claim 1

| | |
|---|---|
| **computing at the participating vendor web site a total price for the selected subset of the products and services in units of electronic tokens;** | A customer on AMC website can make a purchase from a subset of products. AMC lists on their website, **"Popcorn"** a user can select and uses **"100 points"** to purchase the item that is computed at AMC website. AMC says on their website, "**earn 20 points per $1 spent,**." |

## Compare all Tiers of AMC Stubs

| AMC STUBS BENEFITS | INSIDER | PREMIERE GO! | PREMIERE | A-LIST |
|---|---|---|---|---|
| Points Per $1 Spent (Earn a $5 Reward for Every 5,000 points) | 20 POINTS | 40 POINTS | 100 POINTS | 100 POINTS |
| Rewards Can Be Redeemed For: (5,000 Points = $5 Reward) | CONCESSIONS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS |
| Waived Online Ticketing Fees At AMCTheatres.com and on Our App | | 4+ TICKETS | EVERY TIME | EVERY TIME |
| Waived Concession Service Fees | | | • | • |
| Birthday Gift | LARGE POPCORN | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK |
| Discount Tuesdays Weekly Ticket Savings | • | • | • | • |
| FREE Large Popcorn Refill | • | • | • | • |

## $5 Reward For Every 5,000 Points

Earn 20 points per $1 spent on AMC Theatres purchases and use your rewards on movie snacks. Upgrade to Premiere or A-List to earn 5X faster.

https://www.amctheatres.com/amcstubs

13

# US 7,177,838 :  Claim 1

| | |
|---|---|
| **authorizing a purchase transaction at the participating vendor web site without requiring any third party authentication and a physical manifestation of the user account; and** | AMC is a Vendor and AMC says on their website "**Tickets may be obtained at the AMC theatre box office, theatre point of sale kiosk, or via the AMC website or mobile app**" this means that AMC issues electronic tokens (points) electronically to the user's account without a physical manifestation. |

> **Tickets may be obtained at the AMC theatre box office, theatre point of sale kiosk, or via the AMC website or mobile app, using your Membership name and account number.**

**https://www.amctheatres.com/amcstubs**

14

# US 7,177,838 :  Claim 1

| | |
|---|---|
| **if the user account contends electronic tokens having a value equal to or greater than the total price, permitting the user to purchase the selected subset of the products and services without requiring the user to disclose personal information to the vendor, and subtracting the total price from the user account, wherein the purchase transaction is not subject to a minimum processing fee.** | Once the user is logged in to AMC App, the user can then authorize the purchase of their reward product, **" 100 points for popcorn**".<br>This means that once the user is in the app, the user is not required to authenticate themselves by any third-party authentication and the user is not required to use any physical manifestation and that the transaction is not subject to a minimum processing fee. AMC also says on their website**, "Tickets may be obtained at the AMC theatre box office, theatre point of sale kiosk, or via the AMC website or mobile app,".** |

## Compare all Tiers of AMC Stubs

| AMC STUBS BENEFITS | INSIDER | PREMIERE GO! | PREMIERE | A-LIST |
|---|---|---|---|---|
| Points Per $1 Spent (Earn a $5 Reward for Every 5,000 points) | 20 POINTS | 40 POINTS | 100 POINTS | 100 POINTS |
| Rewards Can Be Redeemed For: (5,000 Points = $5 Reward) | CONCESSIONS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS | CONCESSIONS + TICKETS |
| Waived Online Ticketing Fees At AMCTheatres.com and on Our App | | 4+ TICKETS | EVERY TIME | EVERY TIME |
| Waived Concession Service Fees | | | • | • |
| Birthday Gift | LARGE POPCORN | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK | LARGE POPCORN & FOUNTAIN DRINK |
| Discount Tuesdays Weekly Ticket Savings | • | • | • | • |
| FREE Large Popcorn Refill | • | • | • | • |

**Tickets may be obtained at the AMC theatre box office, theatre point of sale kiosk, or via the AMC website or mobile app, using your Membership name and account number.**

https://www.amctheatres.com/amcstubs

15